# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL NO. 2:06CR12

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | O R D E R |
| ) | |
| LORI JOAN FREAS ) | |

**THIS MATTER** is before the Court on Defendant's motion to extend her reporting date to the Bureau of Prisons to begin her sentence.

For the reasons set forth in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion is **ALLOWED**, and the Defendant's reporting date to the designated prison facility is hereby **DEFERRED** to and after October 22, 2007.

The Clerk of Court is directed to provide copies of this Order by electronic transmission to the Defendant's attorney, the United States Attorney, the United States Marshal, the United States Probation Office, and to the Warden of the designated prison facility.

Signed: August 15, 2007

Lacy H. Thornburg  
United States District Judge